**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1385-KLM

ANDREW GAY and SHARON GAY,
                    Plaintiffs,

        v.

CSAA GENERAL INSURANCE COMPANY,
                    Defendant.

_____

**DEFENDANT CSAA GENERAL INSURANCE COMPANY'S CORPORATE
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
_____

Defendant CSAA General Insurance Company, by and through its counsel, Campbell, Wagner & Frazier, LLC, hereby submits the following corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1:

1.      Defendant CSAA's principal place of business is located at 3055 Oak Road, Walnut Creek, CA 94597. *See* Doc. 1-8, Colorado Secretary of State Periodic Report. Defendant CSAA is also incorporated in the State of Indiana. *Id.*

2.      Defendant CSAA is an Indiana corporation whose parent company is CSAA Insurance Exchange.

3.      No publicly-held entity owns 10% or more of the stock of Defendant CSAA or its parent company, CSAA Insurance Exchange.

Respectfully submitted this 8th day of August, 2023.

By: *s/Robert A. Zahradnik-Mitchell*
Rebecca K. Wagner, Atty. Reg. No. 33473
Robert A. Zahradnik-Mitchell,
Atty. Reg. No. 50307
CAMPBELL, WAGNER & FRAZIER, LLC
5251 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
(303) 831-5990
Email: rwagner@cwf-law.net
   rzahradnik@cwf-law.net
*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 8th day of August, 2023, I presented the foregoing **DEFENDANT CSAA GENERAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** to the Clerk of the Court for filing and uploading to the CM/ECF system which will provide notice to all counsel of record.

David M. Roth
The Roth Group
950 South Cherry Street, Suite 416
Denver, CO 80246
*Attorney for Plaintiffs*

     *s/Robert A. Zahradnik-Mitchell*
     Robert A. Zahradnik-Mitchell